CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: H McCorness
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTINNE ANDERSON, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>RICARDO MARTINEZ, <u>et al.</u>, )<br>    Respondents. ) | Civil Action No. 7:09-cv-00330<br><br>**MEMORANDUM OPINION**<br><br>By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

Antinne Anderson, a Virginia inmate proceeding <u>pro se</u>, filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. However, court records indicate that the petitioner previously filed a § 2254 petition concerning the same conviction, Civil Action No. 7:09-cv-00234 (W.D. Va.). Thus, the petitioner's current petition is a subsequent one, falling under the prohibition in 28 U.S.C. § 2244(b) against a second or successive petition. Pursuant to this section, a federal district court may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the petition meet certain criteria. 28 U.S.C. § 2244(b). Because the petitioner has not submitted any evidence that he has obtained such certification by the Court of Appeals, the court will dismiss the petition without prejudice as successive.*

The Clerk is directed to send copies of this memorandum opinion and the accompanying order to the petitioner.

ENTER: This 24th day of November, 2009.

                                                              /s/ Jackson L. Kiser
                                                              Senior United States District Judge

---

*A Fourth Circuit form and instructions for filing a request for certification to file a subsequent petition are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.