CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 24 2009
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANTINNE ANDERSON, ) | Civil Action No. 7:09-cv-00330 |
|    Petitioner, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| RICARDO MARTINEZ, et al., ) | By: Hon. Jackson L. Kiser |
|    Respondents. ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 24th day of November, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge